UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

JUAN GARCIA,                                                  :

                              Plaintiff,                      :

           -against-                                          :

                                                              :

NYC DEPARTMENT OF CORRECTIONS, ET AL,                         :

                              Defendant.                      :
----------------------------------------------------------------------X
-------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08Civ. 04555 (RJH) (AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____   Specific Non-Dispositive Motion/Dispute:*

_____
_____

____   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____   Habeas Corpus

____   Social Security

_   Settlement*

____   Inquest After Default/Damages Hearing

____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:       New York, New York
             July 07, 2008

_____
HON: Richard J. Holwell
United States District Judge